No. 87–6760.  BURR *v.* FLORIDA.  Sup. Ct. Fla.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further

consideration in light of *Johnson* v. *Mississippi*, 486 U. S. 578 (1988).